UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PAUL O. THOMAS,

JUDGMENT
04-CV-1346 (CBA)

                     Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                     Defendant.
---------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 12 2005 ★
P.M.
TIME A.M.

    An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on March 9, 2005, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including but not limited to a new hearing and a new decision; it is

    ORDERED and ADJUDGED that judgment is hereby entered reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including but not limited to a new hearing and a new decision.

Dated: Brooklyn, New York
         August 12, 2005

/s/
ROBERT C. HEINEMANN
Clerk of Court